# UNITED STATES DISTRICT COURT
for the

American Imaging Cartridge, LLC, et al. )
*Plaintiff* )
v. ) Case No. 8:10-cv-02789-JDW-EAJ
Nano Pacific Corp., et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nano Pacific Corp.

Date: March 24, 2011

s/ Stephen MacIsaac
*Attorney's signature*

Stephen MacIsaac -- FL Bar: 0061480
*Printed name and bar number*

Stephen MacIsaac, P.A.
2525 Park City Way
Tampa, FL 33609

*Address*

MacIsaacLaw@gmail.com
*E-mail address*

813/877-8125
*Telephone number*

866/689-0763
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

**s/ Stephen MacIsaac**
Stephen MacIsaac, PA
Florida Bar #: 0061480
2525 Park City Way
Tampa, FL 33609
Phone: 813/877-8125
Facsimile: 866-689-0763
MacIsaaclaw@gmail.com
Counsel For Defendant
NANO PACIFIC CORP.