**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

AMERICAN IMAGING CARTRIDGE, LLC,
A Florida limited liability company;
INNOVATIVE CARTRIDGE　　　　　　　　　　CASE NO: 8:10-cv-02789
TECHNOLOGY, INC., a Florida corp.;
and PLATINUM MANUFACTURING
INTERNATIONAL, INC., a Florida corp.,

  Plaintiffs,

vs.

 RONALD ROMAN, d/b/a RTR ENTERPRISES,
an individual; ACM TECHNOLOGIES, INC.,
a California corp.; ALPHA IMAGE TECH,
a California corp.; ARLINGTON INDUSTRIES, INC.,
a North Carolina corp.; CARDINAL CARTRIDGE,
INC., an Illinois corp.; DENSIGRAPHIX, INC.,
a New York corp.; DIAMOND DIGITAL GROUP,
INC., a California corp.; E-TONER MART, INC., a
California corp.; IMAGEWORKS, INC., a California
 corp.; INK TECHNOLOGIES PRINTER SUPPLIES,
 LLC, a Ohio corp.; K&W INTERNATIONAL
DEVELOPMENT, INC. d/b/a K&W IMAGING,
INC., a California corp.; KALON CORP., a California
corp.; KALON INTERNATIONAL, a California
corp.; KIWI GROUP CORP., a California corp.;
LASER TONER TECHNOLOGY, INC., a Georgia
corp.; COPY TECHNOLOGIES, INC., a California
corp.; LD PRODUCTS, INC., a California corp.;
LTS TECHNOLOGY, INC., a California corp.;
SINOTIME TECHNOLGOIES, INC., a Florida corporation;
Mextec Group, Inc., d/b/a MIPO AMERICA, LTD,
a Florida corp.; MONOPRICE, INC., a California corp.;
NANO PACIFIC CORP., a California corp.;
POWER IMAGING SUPPLY, INC., a California corp.;
PRINTER ESSENTIALS.COM, INC., a Delaware corp.;
R&L IMAGING GROUP, INC., a California corp.;
TARGET IMAGING LTD., a California corp.;
TTI IMAGING, INC., a Texas corp.;

JOHN DOE 1 d/b/a BB Office Supply; and
JOHN DOES 2-10,

    Defendants.
_____/

# ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT FOR PATENT INFRINGEMENT

**COMES NOW** the Defendant, POWER IMAGING SUPPLY., a California Corporation, by and through its undersigned counsel to file the following Answer and in support states as follows:

## PARTIES

1. Without knowledge; therefore denied.
2. Without knowledge; therefore denied.
3. Without knowledge; therefore denied.
4. Without knowledge; therefore denied.
5. Without knowledge; therefore denied.
6. Without knowledge; therefore denied.
7. Without knowledge; therefore denied.
8. Without knowledge; therefore denied.
9. Without knowledge; therefore denied.
10. Without knowledge; therefore denied.
11. Without knowledge; therefore denied.
12. Without knowledge; therefore denied.
13. Without knowledge; therefore denied.
14. Without knowledge; therefore denied.

15. Without knowledge; therefore denied.

16. Without knowledge; therefore denied.

17. Without knowledge; therefore denied.

18. Without knowledge; therefore denied.

19. Without knowledge; therefore denied.

20. Without knowledge; therefore denied.

21. Without knowledge; therefore denied.

22. Admit that Defendant Power Imaging Supply, Inc. ("Power Imaging") is a California Corporation having its principal place of business in the State of California. All other allegations are hereby denied.

23. Without knowledge; therefore denied.

24. Without knowledge; therefore denied.

25. Without knowledge; therefore denied.

26. Without knowledge; therefore denied.

27. Without knowledge; therefore denied.

28. Without knowledge; therefore denied.

## JURISDICTION AND VENUE

29. Plaintiff made a claim for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code. Otherwise without knowledge therefore denied.

30. Admitted.

31. Defendant denies the allegations against it. Power Imaging is without knowledge as to the allegations against the other defendants; therefore, it denies all such allegations.

## FACTS COMMON TO ALL COUNTS

32. Without knowledge; therefore denied.

33. Exhibit A speaks for itself. Otherwise without knowledge; therefore denied.

34. Exhibit B speaks for itself. Otherwise without knowledge; therefore denied.

35. Exhibit C speaks for itself. Otherwise without knowledge; therefore denied.

36. Exhibit D speaks for itself. Otherwise without knowledge; therefore denied. Without knowledge; therefore denied.

37. Exhibit E speaks for itself. Otherwise without knowledge; therefore denied. Without knowledge; therefore denied.

38. Exhibit F speaks for itself. Otherwise without knowledge; therefore denied. Without knowledge; therefore denied.

39. Exhibit G speaks for itself. Otherwise without knowledge; therefore denied.

40. Exhibit H speaks for itself. Otherwise without knowledge; therefore denied.

41. Exhibit I speaks for itself. Otherwise without knowledge; therefore denied.

42. Exhibit J speaks for itself. Otherwise without knowledge; therefore denied.

43. Exhibit K speaks for itself. Otherwise without knowledge; therefore denied.

44. The '608 Patent, '774 Patent, '874 Patent, '360 Patent, '859 Patent, '954 Patent, '993 Patent, '607 Patent, '988 Patent, '464 Patent and the '123 Patent are collectively referred to as the "Patents-in-Suit" by the Plaintiff.

45. Without knowledge; therefore denied.

46. Without knowledge; therefore denied.

## COUNT I
## PATENT INFRINGMENT AGAINST FORMAN AND LTT

47. Defendant repeats and realleges the responses in paragraphs 1-4 and 29 through 46, and restate them as though fully set forth herein.

48. Without knowledge; therefore denied.

49. Without knowledge; therefore denied.

50. Without knowledge; therefore denied.

51. Without knowledge; therefore denied.

52. Without knowledge; therefore denied.

## COUNT II
## PATENT INFRINGMENT AGAINST ACM

53. Defendant repeats and realleges the responses in paragraphs 1-2, 5 and 29 through 46, and restate them as though fully set forth herein.

54. Without knowledge; therefore denied.

55. Without knowledge; therefore denied.

56. Without knowledge; therefore denied.

57. Without knowledge; therefore denied.

58. Without knowledge; therefore denied.

59. Without knowledge; therefore denied.

## COUNT III
## PATENT INFRINGEMENT AGAINST ALPHA

60. Defendant repeats and realleges the responses in paragraphs 1-2, 6 and 29 through 46, and restates them as though fully set forth herein.

61. Without knowledge; therefore denied.

62. Without knowledge; therefore denied.

63. Without knowledge; therefore denied.

64. Without knowledge; therefore denied.

65. Without knowledge; therefore denied.

66. Without knowledge; therefore denied.

## COUNT IV
## PATENT INFRINGEMENT AGAINST ARLINGTON

67. Defendant repeats and realleges the responses in paragraphs 1-2, 7 and 29 through 46, and restates them as though fully set forth herein.

68. Without knowledge; therefore denied.

69. Without knowledge; therefore denied.

70. Without knowledge; therefore denied.

71. Without knowledge; therefore denied.

72. Without knowledge; therefore denied.

## COUNT V
## PATENT INFRINGEMENT AGAINST CARDINAL

73. Defendant repeats and realleges paragraphs 1-2, 8 and 29 through 46, and restates them as though fully set forth herein.

74. Without knowledge; therefore denied.

75. Without knowledge; therefore denied.

76. Without knowledge; therefore denied.

77. Without knowledge; therefore denied.

78. Without knowledge; therefore denied.

## COUNT VI
## PATENT INFRINGEMENT AGAINST DENSIGRAPHIX

79. Defendant repeats and realleges the responses in paragraphs 1-2, 9 and 29 through 46, and restates them as though fully set forth herein.

80. Without knowledge; therefore denied.

81. Without knowledge; therefore denied.

82. Without knowledge; therefore denied.

83. Without knowledge; therefore denied.

84. Without knowledge; therefore denied.

## COUNT VII
## PATENT INFRINGMENT AGAINST DIAMOND

85. Defendant repeats and realleges the responses in paragraphs 1-2, 10 and 29 through 46, and restates them as though fully set forth herein.

86. Without knowledge; therefore denied.

87. Without knowledge; therefore denied.

88. Without knowledge; therefore denied.

89. Without knowledge; therefore denied.

90. Without knowledge; therefore denied.

## COUNT VIII
## PATENT INFRINGEMENT AGAINST IMAGEWORKS

91. Defendant repeats and realleges the responses in paragraphs 1-2, 11 and 29 through 46, and restates them as though fully set forth herein.

92. Without knowledge; therefore denied.

93. Without knowledge; therefore denied.

94. Without knowledge; therefore denied.

95. Without knowledge; therefore denied.

96. Without knowledge; therefore denied.

## COUNT IX
## PATENT INFRINGEMENT AGAINST ITP

97. Defendant repeats and realleges the responses in paragraphs 1-2, 12 and 29 through 46, and restates them as though fully set forth herein.

98. Without knowledge; therefore denied.

99. Without knowledge; therefore denied.

100. Without knowledge; therefore denied.

101. Without knowledge; therefore denied.

102. Without knowledge; therefore denied.

## COUNT X
## PATENT INFRINGEMENT AGAINST K&W

103. Defendant repeats and realleges the responses in paragraphs 1-2, 13 and 29 through 46, and restates them as though fully set forth herein.

104. Without knowledge; therefore denied.

105. Without knowledge; therefore denied.

106. Without knowledge; therefore denied.

107. Without knowledge; therefore denied.

108. Without knowledge; therefore denied.

## COUNT XI
## PATENT INFRINGEMENT AGAINST KALON

109. Defendant repeats and realleges the responses in paragraphs 1-2, 14 and 29 through 46, and restates them as though fully set forth herein.

110. Without knowledge; therefore denied.

111. Without knowledge; therefore denied.

112. Without knowledge; therefore denied.

113. Without knowledge; therefore denied.

114. Without knowledge; therefore denied.

## COUNT XII
## PATENT INFRINGEMENT AGAINST KIWI

115. Defendant repeats and realleges the responses in paragraphs 1-2, 15 and 29 through 46, and restates them as though fully set forth herein.

116. Without knowledge; therefore denied.

117. Without knowledge; therefore denied.

118. Without knowledge; therefore denied.

119. Without knowledge; therefore denied.

120. Without knowledge; therefore denied.

## COUNT XIV
## PATENT INFRINGEMENT AGAINST LD

121. Defendant repeats and realleges the responses in paragraphs 1-2, 16 and 29 through 46, and restates them as though fully set forth herein.

122. Without knowledge; therefore denied.

123. Without knowledge; therefore denied.

124. Without knowledge; therefore denied.

125. Without knowledge; therefore denied.

126. Without knowledge; therefore denied.

## COUNT XV
## PATENT INFRINGEMENT AGAINST LTS

127. Defendant repeats and realleges the responses in paragraphs 1-2, 17 and 29 through 46, and restates them as though fully set forth herein.

128. Without knowledge; therefore denied.

129. Without knowledge; therefore denied.

130. Without knowledge; therefore denied.

131. Without knowledge; therefore denied.

132. Without knowledge; therefore denied.

## COUNT XVI
## PATENT INFRINGEMENT AGAINST MATRIC

133. Defendant repeats and realleges the responses in paragraphs 1-2, 18 and 29 through 46, and restates them as though fully set forth herein.

134. Without knowledge; therefore denied.

135. Without knowledge; therefore denied.

136. Without knowledge; therefore denied.

137. Without knowledge; therefore denied.

138. Without knowledge; therefore denied.

## COUNT XVII
## PATENT INFRINGEMENT AGAINST SINOTIME

139. Defendant repeats and realleges the responses in paragraphs 1-2, 19 and 29 through 46, and restates them as though fully set forth herein.

140. Without knowledge; therefore denied.

141. Without knowledge; therefore denied.

142. Without knowledge; therefore denied.

143. Without knowledge; therefore denied.

144. Without knowledge; therefore denied.

## COUNT XVIII
## PATENT INFRINGEMENT AGAINST MONOPRICE

145. Defendant repeats and realleges the responses in paragraphs 1-2, 20 and 29 through 46, and restates them as though fully set forth herein.

146. Without knowledge; therefore denied.

147. Without knowledge; therefore denied.

148. Without knowledge; therefore denied.

149. Without knowledge; therefore denied.

150. Without knowledge; therefore denied.

## COUNT XIX
## PATENT INFRINGEMENT AGAINST NP

151. Defendant repeats and realleges the responses in paragraphs 1-2, 21 and 29 through 46, and restates them as though fully set forth herein.

152. Without knowledge; therefore denied.

153. Without knowledge; therefore denied.

154. Without knowledge; therefore denied.

155. Without knowledge; therefore denied.

156. Without knowledge; therefore denied.

## COUNT XX
## PATENT INFRINGEMENT AGAINST POWER IMAGING

157. Defendant repeats and realleges the responses in paragraphs 1-2, 22 and 29 through 46, and restates them as though fully set forth herein.

158. Denied.

159. Denied.

160. Denied.

161. Denied.

162. Without knowledge; therefore denied.

## COUNT XXI
## PATENT INFRINGEMENT AGAINST PRINTER ESSENTIALS

163. Defendant repeats and realleges the responses in paragraphs 1-2, 23 and 29 through 46, and restates them as though fully set forth herein.

164. Without knowledge; therefore denied.

165. Without knowledge; therefore denied.

166. Without knowledge; therefore denied.

167. Without knowledge; therefore denied.

168. Without knowledge; therefore denied.

## COUNT XXII
## PATENT INFRINGEMENT AGAINST R&L

169. Defendant repeats and realleges the responses in paragraphs 1-2, 24 and 29 through 46, and restates them as though fully set forth herein.

170. Without knowledge; therefore denied.

171. Without knowledge; therefore denied.

172. Without knowledge; therefore denied.

173. Without knowledge; therefore denied.

174. Without knowledge; therefore denied.

## COUNT XXIII
## PATENT INFRINGEMENT AGAINST TARGET

175. Defendant repeats and realleges the responses in paragraphs 1-2, 25 and 29 through 46, and restates them as though fully set forth herein.

176. Without knowledge; therefore denied.

177. Without knowledge; therefore denied.

178. Without knowledge; therefore denied.

179. Without knowledge; therefore denied.

180. Without knowledge; therefore denied.

## COUNT XXIV
## PATENT INFRINGEMENT AGAINST TTI

181. Defendant repeats and realleges the responses in paragraphs 1-2, 26 and 29 through 46, and restates them as though fully set forth herein.

182. Without knowledge; therefore denied.

183. Without knowledge; therefore denied.

184. Without knowledge; therefore denied.

185. Without knowledge; therefore denied.

186. Without knowledge; therefore denied.

## COUNT XXV
## PATENT INFRINGEMENT AGAINST BB

187. Defendant repeats and realleges the responses in paragraphs 1-2, 27 and 29 through 46, and restates them as though fully set forth herein.

188. Without knowledge; therefore denied.

189. Without knowledge; therefore denied.

190. Without knowledge; therefore denied.

191. Without knowledge; therefore denied.

192. Without knowledge; therefore denied.

## COUNT XXVI
## PATENT INFRINGEMENT AGAINST JOHN DOES

193. Defendant repeats and realleges the responses in paragraphs 1-2, 28 and 29 through 46, and restates them as though fully set forth herein.

194. Without knowledge; therefore denied.

195. Without knowledge; therefore denied.

196. Without knowledge; therefore denied.

197. Without knowledge; therefore denied.

198. Without knowledge; therefore denied.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE: NO KNOWLEDGE OF PATENT VIOLATION

Power Imaging purchased only a small quantity of the alleged infringing ink cartridges from other vendors and/or manufacturers and had no knowledge as to whether these ink cartridges infringed upon the Plaintiff's patents.

### SECOND DEFENSE: THE AMOUNT OF THE ALLEGED INFRINGING INK CARTRIDGES PURCAHSED AND SOLD BY DEFENDANT IS DE MINIMIS

Power Imaging only purchased and sold a small amount of the alleged infringing ink cartridges and has stopped purchasing and selling such ink cartridges upon receipt of the Complaint pending the Court's determination of the alleged violation by Power Imaging.

### THIRD DEFENSE: INVALIDITY OF PATENT

The alleged patents-in-suit are not valid; therefore, no infringement by Power Imaging Occurred.

### FOURTH DEFENSE: NON-INFRINGMENT

The ink cartridges that Power Imaging purchased and sold did not infringe Plaintiffs' patents.

**WHEREFORE**, Defendant, Power Imaging, respectfully requests that this Court dismiss the Complaint with prejudice, award Power Imaging attorney's fees and costs associated with defending this case, and award such other relief as this Court deems necessary.

Dated: April 15, 2011

Respectfully Submitted

*S/Hongwei Shang*_____
Hongwei Shang
Fla. Bar No. 37199
THE LAW OFFICE OF HONGWEI SHANG, LLC
9100 So. Dadeland Blvd, Suite 1500
Miami, FL 33156-7816
Email: hshanglaw@gmail.com
Telephone: (786) 581-9759
Facsimile: (786) 581-9168
*Attorney for Power Imaging*

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the forgoing, with supporting documents, have been served by electronic means upon:

Jeffrey S. Boyles, Esq.
jboyles@addmg.com
Brian R. Gilchrist, Esq.
bgilchrist@addmg.com
David W. Magana, Esq.
dmagana@addmg.com
Allen, Dyer, Doppelt, Milbrath & Gilchrist, PA
255 S. Orange Avenue, Suite 1401
Post Office Box 3791
Orlando, FL 32802-3791

on this 15th day of April 2011.

*S/Hongwei Shang*
Hongwei Shang