# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

AMERICAN IMAGING CARTRIDGE LLC; INNOVATIVE CARTRIDGE TECHNOLOGY, INC., a Florida corp.; and PLATINUM MANUFACTURING INTERNATIONAL, INC., a Florida corp.,

Plaintiff,

v.

RONALD ROMAN, d/b/a RTR ENTERPRISES, AN INDIVIDUAL; ACM TECHNOLOGIES, INC., a California corp.; ALOHA IMAGE TECH, a California corp., ARLINGTON INDUSTRIES, INC, a North Carolina corp.; CARDINAL CARTRIDGE, INC., a New York CORP.; DESIGRAPHIX, INC., AN ILLINOIS CORP.; DIAMOND DIGITAL GROUP, INC., a California corp.; E-TONER MART, a California corp.; INK TECHNOLOGIES PRINTER SUPPLIES, LLC, an Ohio Corp.; K&W INTERNATIONAL DEVELOPMENT, INC. d/b/a K&W IMAGING, INC., a California corp.; KALON CORP., a California corp.; KALON INTERNATIONAL, a California corp.; KIWI GROUP CORP., a California corp.; LASER TONER TECHNOLOGY, INC., a Georgia corp.; LD PRODUCTS INC., a California corp. ; LTS TECHNOLOGY INC., a California corp.; MATRIC KOLOR, INC., a Virginia corp.; SINOTIME TECHNOLOGIES, INC., a Florida corp., MEXTEC GROUP, INC., d/b/a MIPO AMERICA, LTD, a Florida corp.; MONOPRICE, INC., a California corp.; NANO PACIFIC CORP., a California corp.; POWER IMAGING SUPPLY, INC., a California corp.; PRINTER ESSENTIALS.COM, INC., a Delaware corp.; R&L IMAGING GROUP, INC., a California corp.; TTI IMAGING, INC., a Texas corp.;

Civil Action No.: 8:10-cv-02789-JDW-EAJ

| JOHN DOE 1 d/b/a BB OFFICE SUPPLY; and JOHN DOE 2-10, |
|---|
| Defendants. |

## MOTION OF RONALD ROMAN, LASER TONER TECHNOLOGY INC., COPY TECHNOLOGIES INC., AND TTI IMAGING INC., TO DISMISS THE COMPLAINT OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT

Defendants Ronald Roman, Laser Toner Technology Inc., Copy Technologies Inc., and TTI Imaging Inc. move under Fed. R. Civ. P. 12(b)(6) for dismissal of the Complaint for failure to state a claim upon which relief can be granted. In the alternative, they move for a more definite statement under Fed. R. Civ. P. 12(e).

As described in the accompanying memorandum in support, Plaintiffs' Complaint does not set forth sufficient facts to advise the Court or the parties of the causes of actions, the claims for relief, or the alleged bases of such causes of action or claims against the individual Defendants. Indeed, the facts pled by Plaintiffs are so vague and ambiguous that each of Ronald Roman, Laser Toner Technology Inc., Copy Technologies Inc., and TTI Imaging Inc. cannot understand the accusations against them, defend themselves, or respond to the Complaint. Accordingly, as recognized by *Ashcroft v. Iqbal*, 129 S. Ct. 1937 (2009) and *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007), the Complaint is legally insufficient under Rule 8 and requires dismissal or, in the alternative, a more definite statement.

Respectfully submitted,


By: s/William C. Guerrant, Jr.
William C. Guerrant, Jr.
Florida Bar No. 516058
wguerrant@hwhlaw.com
**HILL, WARD & HENDERSON, P.A.**
Suite 3700-Bank of America Building
101 East Kennedy Boulevard
Post Office Box 2231
Tampa, Florida 33601
Telephone: (813) 221-3900
Facsimile: (813) 221-2900
Attorneys for Defendants **Ronald Roman, Laser Toner Technology Inc., Copy Technologies Inc., or TTI Imaging Inc.**

**OF COUNSEL:**
Richard L. Stroup
Amanda J. Dittmar
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.**
901 New York Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 408-4000

Charles H. Suh
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.**
11955 Freedom Drive
Suite 800
Reston, VA 20190-5675
Phone: (571) 203-2700


Attorneys for Defendants **Ronald Roman, Laser Toner Technology Inc., Copy Technologies Inc., or TTI Imaging Inc.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing instrument has been served via the Court's ECF system on all known counsel of record in accordance with the Federal Rules of Civil Procedure on this the fifteenth day of April 2011.

                           s/ William C. Guerrant, Jr.
                           William C. Guerrant, Jr.