UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**AMERICAN IMAGING CARTRIDGE, LLC, et al.,**

Plaintiffs,

vs.  Case No. 8:10-cv-2789-T-27EAJ

**RONALD ROMAN, et al.,**

Defendants.
_____/

## ORDER

The Court has been advised that Plaintiffs have settled their claims against Ronald Roman, Laser Toner Technology, Inc., Copy Technologies, Inc., and TTI Imaging, Inc. (Dkt. 209). Accordingly, pursuant to Local Rule 3.08(b), M.D. Fla., this cause is DISMISSED without prejudice as to Ronald Roman, Laser Toner Technology, Inc., Copy Technologies, Inc., and TTI Imaging, Inc., subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** to move to reopen the action as to Ronald Roman, Laser Toner Technology, Inc., Copy Technologies, Inc., or TTI Imaging, Inc., *upon good cause shown*. After that sixty (60) day period, however, dismissal shall be with prejudice.

The clerk is directed to TERMINATE Ronald Roman, Laser Toner Technology, Inc., Copy Technologies, Inc., and TTI Imaging, Inc.

The motion for extension of time to file claims chart (Dkt. 209) is DENIED as moot.

**DONE AND ORDERED** this 25th day of October, 2011.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of Record