UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMERICAN IMAGING CARTRIDGE, LLC,
et al.,

    Plaintiffs,

vs.                                               Case No. 8:10-cv-2789-T-27EAJ

RONALD ROMAN, et al.,

    Defendants.
_____/

## ORDER

The Court has been advised that Plaintiffs' claims against Defendant Printer Essentials.Com, Inc. have been settled (Dkt. 263). Accordingly, pursuant to Local Rule 3.08(b), M.D. Fla., Plaintiffs' claims against Printer Essentials.Com, Inc. are DISMISSED without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, upon good cause shown. After that sixty (60) day period, however, dismissal shall be with prejudice. All pending motions, if any, are DENIED as moot. As all other Defendants have been terminated, the Clerk is directed to CLOSE the file.

**DONE AND ORDERED** this 31st day of May, 2012.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record
Unrepresented parties